IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALAN WILSON, in his official capacity as Attorney General of South Carolina *et al.*,<br><br>    Defendants. | Civil Action No.: 3:21-00508-MGL |

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This Court, on February 19, 2021, issued a temporary restraining order (TRO) against all Defendants in this matter. The TRO is scheduled to expire today, March 5, 2021, at 11:59 PM. Pursuant to Fed. R. Civ. P. 65, however, for the reasons set forth during the February 19, 2021, hearing, as well as the Court's February 19, 2021, Order, and for good cause, the Court extends the TRO for another fourteen days. Therefore, the TRO shall expire on March 19, 2021, at 11:59 PM.

Defendants and their employees, agents, successors, and all others acting in concert or participating with them, remain **TEMPORARILY RESTRAINED** from enforcing the SC Fetal Heartbeat Protection from Abortion Act statewide.

**IT IS SO ORDERED.**

Signed this 5th day of March 2021, in Columbia, South Carolina.

                                        s/ Mary Geiger Lewis
                                        MARY GEIGER LEWIS
                                        UNITED STATES DISTRICT JUDGE