# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its patients, and its physicians and staff, GREENVILLE WOMEN'S CLINIC, on behalf of itself, its patients, and its physicians and staff, TERRY L. BUFFKIN, M.D., on behalf of himself and his patients, | Civil Action No.: 3:21-cv-00508-MGL |
| *Plaintiffs*, | |
| v. | **NOTICE OF APPEAL** <br> **(Governor McMaster, Speaker Lucas, Attorney General Wilson, and Solicitor Wilkins)** |
| ALAN WILSON, in his official capacity as Attorney General of South Carolina; EDWARD SIMMER, in his official capacity as Director of the South Carolina Department of Health and Environmental Control; ANNE G. COOK, in her official capacity as President of the South Carolina Board of Medical Examiners; STEPHEN I. SCHABEL, in his official capacity as Vice President of the South Carolina Board of Medical Examiners; RONALD JANUCHOWSKI, in his official capacity as Secretary of the South Carolina Board of Medical Examiners; JIM C. CHOW, in his official capacity as a Member of the South Carolina Board of Medical Examiners; GEORGE S. DILTS, in his official capacity as a Member of the South Carolina Board of Medical Examiners; DION FRANGA, in his official capacity as a Member of the South Carolina Board of Medical Examiners; RICHARD HOWELL, in his official capacity as a Member of the South Carolina Board of Medical Examiners; THERESA MILLS-FLOYD, in her official capacity as a Member of the South Carolina Board of Medical Examiners; JEFFREY A. WALSH, in his official capacity as a Member of the South Carolina Board of Medical Examiners; CHRISTOPHER C. WRIGHT, in his official capacity as a Member of the South Carolina | |

| |
|---|
| Board of Medical Examiners; SCARLETT A. WILSON, in her official capacity as Solicitor for South Carolina's 9th Judicial Circuit; BYRON E. GIPSON, in his official capacity as Solicitor for South Carolina's 5th Judicial Circuit; and WILLIAM WALTER WILKINS III, in his official capacity as Solicitor for South Carolina's 13th Judicial Circuit, <br><br>                              *Defendants*, <br><br>      v. <br><br> HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina; and JAMES H. LUCAS, in his official capacity as Speaker of the South Carolina House of Representatives, <br><br>                        *Intervenor–Defendants*. |

Notice is hereby given that, pursuant to Rule 3(b)(1) of the Federal Rules of Appellate Procedure, Intervenor–Defendant Henry McMaster, in his official capacity as Governor of the State of South Carolina ("Governor McMaster"), Intervenor–Defendant James H. Lucas, in his official capacity as Speaker of the South Carolina House of Representatives ("Speaker Lucas"), Defendant Alan Wilson, in his official capacity as Attorney General of South Carolina ("Attorney General Wilson"), and Defendant William Walter Wilkins III, in his official capacity as Solicitor for South Carolina's 13th Judicial District ("Solicitor Wilkins"), jointly appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order Granting Plaintiffs' Motion for a Preliminary Injunction entered in the above-captioned case on the 19th day of March, 2021 (ECF No. 73).

[SIGNATURES ON FOLLOWING PAGE]

1

Respectfully submitted,

| | |
|---|---|
| /s/   Kevin A. Hall | /s/   Christopher E. Mills |
| Kevin A. Hall (Fed. Bar No. 5375) | Thomas A. Limehouse, Jr. (Fed. Bar No. 12148) |
| M. Todd Carroll (Fed. Bar No. 9742) | *Chief Legal Counsel* |
| WOMBLE BOND DICKINSON (US) LLP | Anita (Mardi) S. Fair (Fed. Bar No. 12997) |
| 1221 Main Street, Suite 1600 | *Deputy Legal Counsel* |
| Columbia, South Carolina  29201 | Christopher E. Mills (Fed. Bar No. 13432) |
| (803) 454-6504 | *Special Counsel* |
| Email: kevin.hall@wbd-us.com | OFFICE OF THE GOVERNOR |
| Email: todd.carroll@wbd-us.com | South Carolina State House |
| | 1100 Gervais Street |
| *Counsel for Speaker Lucas* | Columbia, South Carolina  29201 |
| | (803) 734-2100 |
| | Email: tlimehouse@governor.sc.gov |
| | Email: mfair@governor.sc.gov |
| | Email: cmills@governor.sc.gov |
| | |
| | *Counsel for Governor McMaster* |

/s/   J. Emory Smith, Jr.
Alan Wilson (Fed. Bar No. 10457)
*Attorney General*
Robert D. Cook (Fed. Bar No. 285)
*Solicitor General*
J. Emory Smith, Jr. (Fed. Bar No. 3908)
*Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
Columbia, South Carolina  29211
(803) 734-3677
Email: RCook@scag.gov
Email: ESmith@scag.gov

*Counsel for Attorney General Wilson and Solicitor Wilkins*

April 2, 2021
Columbia, South Carolina

2