## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### (Columbia Division)

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its patients, and physicians and staff, *et al.*, | |
| *Plaintiffs*, | Case No. 3:21-cv-00508-MGL |
| v. | |
| ALAN WILSON, in his official capacity as Attorney General of South Carolina, *et al.*, | |
| *Defendants*. | |

### JOINT STATEMENT AS TO STAY

As directed by the Court via text order on June 15, 2021, the parties jointly submit the below statements and attached separate proposed orders holding either some or all proceedings in this Court in abeyance pending the U.S. Supreme Court's resolution of *Dobbs v. Jackson Women's Health Org.*, No. 19-1392.

The parties disagree about whether to hold all discovery in abeyance during the stay. The parties stipulate that the deadlines for all outstanding discovery requests are stayed while the Court resolves this disagreement.

While Plaintiffs do not believe that a stay is needed here, as the Court can resolve Plaintiffs' pending motion for summary judgment under binding law and on the undisputed material facts already in the record before the Court, Plaintiffs defer to the Court's preference and would stipulate to a stay of all motions and proceedings in this case, including discovery. As Plaintiffs have explained in prior submissions to the Court, no discovery is needed to resolve the only material factual issues in this case. Further, allowing discovery to proceed while merits proceedings are stayed would unnecessarily strain judicial resources and result in burdensome and potentially

duplicative discovery, including motions practice, between the parties. If the Court is inclined to let some discovery proceed, Plaintiffs respectfully submit that the Court would first need to resolve the Defendants' pending Motion to Stay Scheduling Order & Summary Judgment Briefing, ECF No. 91, which raises this very question.

In Defendants' and Intervenors' views, discovery should proceed while the Supreme Court considers *Dobbs*. Forcing the State to wait another year to even begin the discovery process—while enjoining the operation of the important State law at issue—is unwarranted. *Cf. Maryland v. King*, 567 U.S. 1301, 1303 (2012) (Roberts, C.J., in chambers) ("Any time a State is enjoined by a court from effectuating statutes enacted by representatives of its people, it suffers a form of irreparable injury." (cleaned up)).

Respectfully submitted,

/s/ M. Malissa Burnette
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
P.O. Box 1929
Columbia, SC 29202
(803) 904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

*Attorneys for Plaintiffs*

Julie A. Murray*
Hannah Swanson*
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
julie.murray@ppfa.org
hannah.swanson@ppfa.org

*Attorneys for Plaintiff Planned Parenthood
South Atlantic*

Alexandra S. Thompson*
Jennifer Beard*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3639
athompson@reprorights.org
jbeard@reprorights.org

*Attorneys for Plaintiffs Greenville Women's
Clinic and Dr. Terry L. Buffkin*

   *  *Admitted pro hac vice*

/s/ Kevin A. Hall
Kevin A. Hall (Fed. Bar No. 5375)
M. Todd Carroll (Fed. Bar No. 9742)
WOMBLE BOND DICKINSON (US) LLP
1221 Main Street, Suite 1600
Columbia, South Carolina 29201
(803) 454-6504
Email: kevin.hall@wbd-us.com
Email: todd.carroll@wbd-us.com

*Counsel for Speaker Lucas*

/s/ Christopher Mills
Christopher Mills (Fed. Bar No. 13432)
*Special Counsel to the Governor*
Spero Law LLC
1050 Johnnie Dodds Blvd. #83
Mt. Pleasant, South Carolina  29465
(843) 606-0640
Email: cmills@spero.law

Thomas A. Limehouse, Jr. (Fed. Bar No.
12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar. No. 11761)
*Senior Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
Email: tlimehouse@governor.sc.gov
Email: glambert@governor.sc.gov

*Counsel for Governor McMaster*

/s/ J. Emory Smith, Jr.
Alan Wilson (Fed. Bar No. 10457)
*Attorney General*
Robert D. Cook (Fed. Bar No. 285)
*Solicitor General*
J. Emory Smith, Jr. (Fed. Bar No. 3908)
*Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL

P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-3677
Email: RCook@scag.gov
Email: ESmith@scag.gov

*Counsel for Attorney General Wilson and Solicitor Wilkins*

/s/ Ashley C. Biggers
W. Marshall Taylor, Jr. (Federal Bar No. 7457)
*General Counsel*
Jacquelyn S. Dickman (Federal Bar No. 536)
*Deputy General Counsel*
Ashley C. Biggers (Federal Bar No. 7545)
*Associate General Counsel*
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201
(803) 898-3350
taylorwm@dhec.sc.gov
dickmajs@dhec.sc.gov
biggerac@dhec.sc.gov

*Attorneys for Defendant Dr. Edward D. Simmer, in his official capacity as Director of the South Carolina Department of Health and Environmental Control*

Dated: June 22, 2021