# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its patients, and its physicians and staff; GREENVILLE WOMEN'S CLINIC, on behalf of itself, its patients, and its physicians and staff; and TERRY L. BUFFKIN, M.D., on behalf of himself and his patients, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as Attorney General of South Carolina; EDWARD SIMMER, in his official capacity as Director of the South Carolina Department of Health and Environmental Control; ANNE G. COOK, in her official capacity as President of the South Carolina Board of Medical Examiners; STEPHEN I. SCHABEL, in his official capacity as Vice President of the South Carolina Board of Medical Examiners; RONALD JANUCHOWSKI, in his official capacity as Secretary of the South Carolina Board of Medical Examiners; JIM C. CHOW, in his official capacity as a Member of the South Carolina Board of Medical Examiners; GEORGE S. DILTS, in his official capacity as a Member of the South Carolina Board of Medical Examiners; DION FRANGA, in his official capacity as a Member of the South Carolina Board of Medical Examiners; RICHARD HOWELL, in his official capacity as a Member of the South Carolina Board of Medical Examiners; THERESA MILLS-FLOYD, in her official capacity as a Member of the South Carolina | Case No. 3:21-cv-00508-MGL |

| | |
|---|---|
| Board of Medical Examiners;<br>JEFFREY A. WALSH, in his official capacity as a Member of the South Carolina Board of Medical Examiners;<br>CHRISTOPHER C. WRIGHT, in his official capacity as a Member of the South Carolina Board of Medical Examiners;<br>SCARLETT A. WILSON, in her official capacity as Solicitor for South Carolina's 9th Judicial Circuit;<br>BYRON E. GIPSON, in his official capacity as Solicitor for South Carolina's 5th Judicial Circuit;<br>and<br>WILLIAM WALTER WILKINS III, in his official capacity as Solicitor for South Carolina's 13th Judicial Circuit,<br><br>                    *Defendants*. | |

## ORDER HOLDING CASE IN ABEYANCE

In light of the U.S. Supreme Court's recent decision to consider the question whether "all pre-viability prohibitions on elective abortions are unconstitutional," the Court hereby ORDERS that this case is held in abeyance pending the U.S. Supreme Court's resolution of *Dobbs v. Jackson Women's Health Org.*, No. 19-1392. All proceedings, including the pending motions and discovery dispute and all pending discovery requests and deadlines, are stayed.

Within ten days after the final resolution of the Supreme Court merits proceedings in *Jackson Women's Health*, the parties shall file a notice alerting this Court to that development. Within thirty days after the Supreme Court's resolution of *Jackson Women's Health*, the parties shall file a joint status report proposing a schedule for resumed proceedings. That joint status report shall include a proposed briefing schedule on Plaintiffs' pending motion for summary judgment (ECF [85]) and indicate whether a supplement to that motion is necessary. The report shall also include a proposed supplemental briefing schedule on Governor McMaster's fully-briefed motion

3

to stay the scheduling order and summary judgment briefing (ECF [91]), if necessary; and shall address whether the Court still needs to resolve the discovery dispute addressed in the parties' joint statement submitted to the Court by email on June 11, 2021. If the parties are unable to reach agreement on the contents of the joint status report, they may file separate status reports by the same deadline.

    IT IS SO ORDERED.

                                      s/Mary Geiger Lewis
                                      MARY GEIGER LEWIS
                                      UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 13, 2021