UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(Columbia Division)

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its patients, and physicians and staff, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>ALAN WILSON, in his official capacity as Attorney General of South Carolina, *et al.*,<br>*Defendants*. | Case No. 3:21-cv-00508-MGL |

**MOTION TO WITHDRAW ATTORNEY**

Plaintiffs Greenville Women's Clinic and Dr. Terry L. Buffkin, by and through counsel, pursuant to Rule 83.I.07 of the Local Civil Rules (D.S.C.), hereby move the Court to withdraw Alexandra S. Thompson and Jennifer Beard as counsel of record. Plaintiffs Greenville Women's Clinic, Dr. Terry L. Buffkin, and their other counsel of record, Michelle Moriarty (admitted *pro hac vice*), M. Malissa Burnette (Fed. Bar No. 1616), Kathleen McDaniel (Fed. Bar No. 10139), and Grant Burnette LeFever (Fed. Bar No. 12943) of Burnette Shutt & McDaniel, PA, consent to the withdrawal.

Pursuant to Rule 7.02 of the Local Civil Rules (D.S.C.) the undersigned counsel certifies that she has conferred with counsel for the Defendants prior to filing the present motion, and all have indicated they consent to the withdrawal, with the exception of Byron Gipson who has not yet responded.

1

Respectfully submitted,

/s/ *M. Malissa Burnette*
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
P.O. Box 1929
Columbia, SC 29202
(803) 904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

*Attorneys for Plaintiffs*

Julie A. Murray*
Hannah Swanson*
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
julie.murray@ppfa.org
hannah.swanson@ppfa.org

*Attorneys for Plaintiff Planned Parenthood South Atlantic*

Alexandra S. Thompson*
Michelle Moriarty*
Jennifer Beard*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3639
athompson@reprorights.org
mmoriarty@reprorights.org
jbeard@reprorights.org

*Attorneys for Plaintiffs Greenville Women's Clinic and Dr. Terry L. Buffkin*

\* *Admitted pro hac vice*

December 22, 2021
Columbia, South Carolina