## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### (Columbia Division)

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its patients, and physicians and staff, *et al.*, | |
| *Plaintiffs*, | Case No. 3:21-cv-00508-MGL |
| v. | |
| ALAN WILSON, in his official capacity as Attorney General of South Carolina, *et al.*, | |
| *Defendants*. | |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby provide notice that they are withdrawing their motion for a preliminary injunction ("PI"), ECF No. 5.

On June 24, 2022, Defendants filed an emergency motion to stay the existing PI pending appeal, ECF No. 137, and sought expedited consideration of that motion, ECF No. 138. Shortly thereafter, Plaintiffs filed an emergency motion to voluntarily dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2), ECF No. 141, and also sought expedited consideration, ECF No. 142.

Rather than indicating their non-opposition to Plaintiffs' Rule 41(a)(2) motion, Defendants filed an emergency supplement to their emergency motion to stay the PI. Plaintiffs object to Defendants' baseless assertions in that supplement, including the unfounded claim that Plaintiffs intend to provide abortions in violation of South Carolina law. ECF No. 143. To the contrary, Plaintiffs intend to continue providing abortion as permitted by South Carolina law, and have thus requested prompt voluntary dismissal of this case without prejudice so that they can seek urgently needed relief against SB 1 on other grounds.

As Plaintiffs have withdrawn their motion for a PI, the PI can be dissolved, Defendants' emergency motion to stay the PI is moot, and immediate dismissal of this case without prejudice under Rule 41(a)(2) is appropriate.

Respectfully submitted,

/s/ *M. Malissa Burnette*
M. Malissa Burnette (Fed. Bar No. 1616)
Kathleen McDaniel (Fed. Bar No. 10139)
Grant Burnette LeFever (Fed. Bar No. 12943)
Burnette Shutt & McDaniel, PA
P.O. Box 1929
Columbia, SC 29202
(803) 904-7913
mburnette@burnetteshutt.law
kmcdaniel@burnetteshutt.law
glefever@burnetteshutt.law

*Attorneys for Plaintiffs*

Julie A. Murray*
Hannah Swanson*
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
julie.murray@ppfa.org
hannah.swanson@ppfa.org

*Attorneys for Plaintiff Planned Parenthood South Atlantic*

Michelle Moriarty*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3639
mmoriarty@reprorights.org

*Attorneys for Plaintiffs Greenville Women's Clinic and Dr. Terry L. Buffkin*

\*  *Admitted pro hac vice*

Dated: June 27, 2022

2