

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTH ATLANTIC *et al.*, § § | |
| Plaintiffs, § | |
| § | |
| vs. § | Civil Action No.: 3:21-00508-MGL |
| § | |
| ALAN WILSON, *in his official capacity as Attorney General of South Carolina, et al.*, § § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO STAY
## AND STAYING PRELIMINARY INJUNCTION

Plaintiffs Planned Parenthood South Atlantic, on behalf of itself, its patients, and its physicians and staff; Greenville Women's Clinic, on behalf of itself, its patients, and its physicians and staff; and Terry L. Buffkin, M.D., on behalf of himself and his patients (collectively, Plaintiffs), filed this action, challenging the constitutionality of the South Carolina Fetal Heartbeat and Protection from Abortion Act, S.1, R-2, Act. No 1 of 2021 pursuant to 42 U.S.C. § 1983.

Defendants Alan Wilson and William Walter Wilkins, III, as well as Intervenor-Defendants Henry McMaster and G. Murrell Smith, Jr., (collectively, Moving Defendants) now move for an emergency order staying the preliminary injunction in this case. Plaintiffs indicate they are withdrawing their motion for a preliminary injunction, which the Court construes as consent to staying the preliminary injunction.

Having considered the motion, Moving Defendants' supplement, Plaintiffs' notice of withdrawal, the record, and the relevant law, it is the judgment of the Court Moving Defendants' emergency motion for a stay of the preliminary injunction is **GRANTED** and the preliminary injunction in this matter is **STAYED**.

**IT IS SO ORDERED.**

Signed this 27th day of June 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

2